## (December 21, 1976)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE CARTER, Appellant.—Judgment, Supreme Court, New York County, rendered on June 17, 1975, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Stevens, P. J., Markewich, Kupferman, Birns and Lane, JJ.

■ SIDNEY COHAN, Appellant, v ROOSEVELT HOSPITAL et al., Respondents. —Order, Supreme Court, New York County, entered on March 4, 1975, unanimously affirmed for the reasons stated by Asch, J., at I.C. Part 2, without costs and without disbursements. Concur—Stevens, P. J., Birns, Capozzoli, Lane and Nunez, JJ.

■ R. J. CERRONE & SON, INC., Appellant, v CITY OF NEW YORK, Respondent.—Order and judgment, Supreme Court, Bronx County, entered on July 9 and July 19, 1976, respectively, unanimously affirmed for the reasons stated by Helman, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Birns, Capozzoli, Lane and Nunez, JJ.

■ COMMISSIONERS OF THE STATE INSURANCE FUND, Plaintiff, v EAST HILLS CONSTRUCTION CO., INC., et al., Defendants. EAST HILLS CONSTRUCTION CO., INC., Third-Party Plaintiff-Appellant, v TRAVELERS INDEMNITY COMPANY, Third-Party Defendant-Respondent, et al., Third-Party Defendant.—Order, Supreme Court, New York County, entered on July 27, 1976, unanimously affirmed for the reasons stated by Baer, J., and that third-party defendant-respondent recover of third-party plaintiff- appellant $60 costs and disbursements of this appeal. Concur—Murphy, J. P., Birns, Capozzoli, Lane and Nunez, JJ.

■ PUBLIC SERVICE MUTUAL INSURANCE CO., Respondent, v BUSHWICK HOME SALES CORP., Appellant, et al., Defendants.—Judgment, Supreme Court, New York County, entered on March 4, 1976, unanimously affirmed for the reasons stated by Starke, J., at Trial Term, without costs and without disbursements. Concur—Murphy, J. P., Birns, Capozzoli, Lane and Nunez, JJ.